LAWRENCE G. BROWN
Acting United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 I Street, suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:99-cr-00461 MCE |
| Plaintiff, ) | |
| ) | |
| v. ) | MOTION FOR LEAVE TO DISMISS |
| ) | PURSUANT TO RULE 48(a); |
| LUIS ALBERT CHING, ) | ORDER |
| ) | |
| Defendant. ) | |
| _____) | |

The United States of America hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Indictment as to defendant Luis Albert Ching in this case.  In support thereof, the United States represents as follows:

This case was indicted on October 21, 1999.  The indictment charged Belsa Torres-Ching and her husband, defendant Luis Albert Ching, with various counts of making false claims and a conspiracy to make false claims in connection with a fraudulent tax refund scheme.  Both defendants fled to Mexico September 1999 shortly after a search warrant was executed in the course of the investigation. A complaint was filed, and arrest warrants were issued for both defendants.  Defendant Belsa Torres-Ching, the lead defendant, was

arrested at the border in October 1999, while attempting to reenter the United States from Mexico.  Following the filing of the indictment, and the transfer of defendant Belsa Torres-Ching to this district, she pleaded guilty to four counts in the indictment on December 14, 2000, and was subsequently sentenced to 27 months in prison and restitution in the amount of $268,550.  C.R. 23, 24, 30.  She was released in late 2001.

Defendant Luis Albert Ching is not believed to have returned to the United States since fleeing in 1999, and it is not likely that he will return or that he will be apprehended.  Defendant Luis Albert Ching has never appeared in this district.

Nearly ten years have passed since the defendant fled the country and was indicted in this case.  The underlying fraud scheme relates to the period February 1995 to September 1998.  I have discussed this matter with the investigating agency, IRS-CI, and that agency agrees that the evidence is stale and that it currently appears unlikely that the defendant will be apprehended and brought to this district in the near future.  Accordingly, the Government seeks leave to dismiss the indictment as to defendant Luis Albert Ching in this case.

Date: June 29, 2009                    Respectfully Submitted,

                                       LAWRENCE G. BROWN
                                       Acting United States Attorney

                                        /S/ Benjamin Wagner
                                   By:_____
                                       BENJAMIN B. WAGNER
                                       Assistant U.S. Attorney

```
LAWRENCE G. BROWN
Acting United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    ) | 2:99-Cr-00461 MCE |
|            Plaintiff,              )<br>                                    ) | |
|      v.                            )<br>                                    ) | ORDER DISMISSING INDICTMENT |
| LUIS ALBERT CHING,                 )<br>                                    ) | |
|            Defendant.              )<br>_____) | |

The United States has moved pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Indictment as to defendant Luis Albert Ching.  Good cause having been shown, leave to dismiss the Indictment as to Luis Albert Ching is **GRANTED,** and the Indictment as to that defendant is hereby **DISMISSED.**

Dated: June 30, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3